# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 199
:
APPOINTMENT TO THE : DISCIPLINARY RULES DOCKET
PENNSYLVANIA INTEREST ON :
LAWYERS TRUST ACCOUNT BOARD :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of July, 2020, David E. Feidt, Esquire, Dauphin County, is hereby appointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2020.